Johnathon Fayeghi, Esq.
Nevada Bar No. 12736
Sklar Williams PLLC
410 South Rampart Boulevard, Ste. 350
Las Vegas, Nevada 89145
Telephone:  (702) 360-6000
Facsimile:   (702) 360-0000
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUXXOTICA GROUP S.p.A., An Italian Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VEGAS FOTO, INC., a Nevada corporation, DORON MASHAL, an individual, and SHIRAH MASHAL, an individual,<br><br>Defendants. | Case No.:   2:16-CV-02608-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL DISCLOSURES** |

Plaintiff Luxottica Group S.p.A, by and through its attorneys, Randazza Legal Group, PLLC, and Klemchuk LLP, and defendants Vegas Foto, Inc., Doron Mashal, and Shirah Mashal, by and through their attorneys, SklarWilliams, PLLC, hereby agree and stipulate, and request an Order from this Court upon such stipulation and agreement, extending the time for making initial disclosures pursuant to Federal Rule of Civil Procedure ("Rule") 26(f) for ten (10) days, as follows:

1.   On February 22, 2017, counsel for Plaintiff and Defendants conferred by telephone towards preparation of a Joint Conference Report pursuant to Rule 26(f) and LR 26-1(b).  They have prepared and agreed to Stipulated Discovery Plan and Scheduling Order which will be filed with the Court no later than March 8, 2017.

2.   Pursuant to the parties' agreed-to discovery plan, initial disclosures are due on March 8, 2017.

3. Events have arisen which will preclude counsel for the defendants from continuing with its representation. Counsel for the defendants will be filing a motion to withdraw, seeking leave of court to terminate its representation of defendants within the next 24 hours.

4. Because counsel for the defendants is seeking permission to withdraw, it does not want to make strategic decisions for defendants, or otherwise bind them, if it will not be continuing with the representation.

5. Accordingly, counsel for the defendants seeks a ten (10) day extension to allow the Court to rule on its motion to withdraw and allow the defendants to make alternative arrangements for their representation.

6. The parties agree there will be no prejudice as a result of this ten (10) day extension. As a result of plaintiff's courtesy, defendants are willing to extend all other relevant deadlines ten (10) days, if necessary.

Dated this 7th day of March, 2017.

Dated this 7th day of March, 2017.

RANDAZZA LEGAL GROUP

SKLAR WILLIAMS PLLC

By: /s/ *Marc J. Randazza*
    Marc J. Randazza, NV Bar No. 12265
    Ronald D. Green, NV Bar No. 7360
    4035 S. El Capitan Way
    Las Vegas, NV 89147

Darin M. Klemchuk
Mandi Phillips
*Admitted Pro Hac Vice*
**KLEMCHUK LLP**
8150 N Central Expressway, 10th Floor
Dallas, Texas 75206

*Attorneys for Plaintiff Luxottica Group S.p.A.*

By: /s/ *Johnathon Fayeghi*
    Johnathon Fayeghi, Esq.
    Nevada Bar No.: 12736
    410 S. Rampart Blvd., Ste 350
    Las Vegas, NV 89145

*Attorneys for Defendants Vegas Foto, Inc., Doron Mashal, Shirah Mashal*

/ / /

/ / /

/ / /

2

1    **IT IS HEREBY ORDERED** that Defendants shall have until March 20, 2017 to file
2    their initial disclosures pursuant to Rule 26(f).

3                                              **IT IS SO ORDERED**:

5                                              _____
                                               PEGGY LEEN
6                                              UNITED STATES MAGISTRATE JUDGE

7                                              DATED: March 15, 2017

3

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of SKLAR WILLIAMS PLLC., and that on this 7th day of March, 2017, I caused a true and correct copy of the foregoing document **MOTION TO WITHDRAW** to be served as follows:

- ✔ VIA EFC:  by submitting the document(s) listed above to the electronic filing and service system at the United States District Court, District of Nevada, for service on the person(s) as identified on the Service List set forth below.
- ❒ VIA FIRST CLASS MAIL: by placing a true and correct copy of the document(s) listed above in a sealed envelope with the First Class postage thereon fully prepaid, addressed as indicated on the service list set forth below.

## SERVICE LIST

Marc J. Randazza
Ronald D. Green
Randaza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89174
ecf@randazza.com

Darin M. Klemchuk
Mandi Phillips
Klemchuk LLP
8150 N Central Expressway, 10th Floor
Dallas, Texas 75206

/s/ Emily D. Kapolnai
An employee of Sklar Williams PLLC