UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| LUXOTTICA GROUP S.P.A., | Case No. 2:16-cv-02608-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| VEGAS FOTO, INC., et al., | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 22) filed March 10, 2017, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 16, 2017. There are no dispositive motions pending.

Default judgment has been entered against defendant Vegas Photo Inc. and its answer has been stricken. See Order (ECF No 29), and Clerk's entry of default (ECF No 30). The individual defendants are pro se, that is, representing themselves. To date, the parties have not filed the joint pretrial order. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 13, 2017**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 18th day of October, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE